■ BONNIE DALRYMPLE, an Infant, by Her Mother and Natural Guardian, DOROTHY MEE, et al., Appellants, v ED SHULTS CHEVROLET, INC., Respondent. (Appeal No. 2.)—Order unanimously reversed and motion to strike interest denied. Same memorandum as in *Dalrymple v Shults Chevrolet* (51 AD2d 884). (Appeal from order of Chautaugua County Court striking award of interest.) Present—Marsh, P. J., Cardamone, Simons, Mahoney and Goldman, JJ.